FILED
CLERK, U.S. DISTRICT COURT

MAY - 2 2016

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    v.<br><br>STEVEN ROBERT AGUIRRE<br><br>                Defendant. | CR 14-0055-GW-2<br><br>ORDER OF DETENTION AFTER HEARING (Fed.R.Crim.P. 32.1(a)(6) Allegations of Violations of Probation/ Supervised Release Conditions) |

    On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

    The court finds no condition or combination of conditions that will reasonably assure:

    (A)  (√)  the appearance of defendant as required; and/or

    (B)  (√)  the safety of any person or the community.

//
//

The court concludes:

A. (✓) Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that: he will comply with conditions of release. Defendant has an on-going substance abuse problem and contacts w/ law enforcement that he failed to report.

(B) (✓) Defendant is a flight risk because defendant has not shown by clear and convincing evidence that: he will comply with conditions of release. Also, defendant has no bond resources or sureties; no employment + no residence.

IT IS ORDERED that defendant be detained.

DATED: 5/2/16

SUZANNE H. SEGAL
UNITED STATES MAGISTRATE JUDGE